UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON MESSER,

      Plaintiff,

v.

SPENCER SWADISH, et al.,

      Defendants.

Case No. 24-cv-11743

Honorable Robert J. White

## ORDER GRANTING IN PART AND DENYING IN PART DISCOVERY MOTIONS

Jon Messer commenced this 42 U.S.C. § 1983 action against Livingston County and several corrections deputies (the "Livingston County Defendants" collectively) as well as Advanced Correctional Healthcare, Inc. and several of its employees (the "Healthcare Defendants" collectively). The amended complaint alleges that the individual defendants exhibited deliberate indifference to Messer's infected foot wound during his detention at the Livingston County jail. Messer also asserts that Livingston County and Advanced Correctional Health are subject to municipal liability under section 1983 because they failed to properly train and supervise the individual defendants.

Before the Court is (1) the Livingston County Defendants' motion to compel discovery and for the imposition of sanctions, (2) the Healthcare Defendants' motion to extend expert discovery dates, (3) Messer's motion to substitute his economic damages expert, and (4) the Livingston County Defendants' motion to substitute their corrections expert. (ECF Nos. 51, 54, 60-62).  The parties filed their associated responses and replies. (ECF Nos. 58-59, 63-65, 67-69).  The Court held a hearing on the motions on July 7, 2026.  For the reasons stated on the record, it is hereby,

ORDERED that the Livingston County Defendants' motion to compel discovery and for the imposition of sanctions (ECF No. 51) is granted in part and denied in part.

IT IS FURTHER ORDERED that Messer's supplemental responses to interrogatories and supplemental initial disclosures, all of which **must** be signed in accordance with Fed. R. Civ. P. 26(g), shall be produced by **Tuesday, July 21, 2026**.

IT IS FURTHER ORDERED that the Healthcare Defendants' motion to extend expert discovery dates (ECF No. 54) is granted.  The relevant discovery dates are as follows:

- Expert reports are due **August 10, 2026**

- Defendants' rebuttal expert reports are due **September 9, 2026**

- Expert discovery closes on **September 30, 2026**

- Dispositive motions and any challenges to experts are due **October 31, 2026**

IT IS FURTHER ORDERED that Messer's motion to substitute his economic damages expert (ECF Nos. 60, 62) is granted.

IT IS FURTHER ORDERED that the Livingston County Defendants' motion to substitute their corrections expert (ECF No. 61) is granted.

Dated: July 8, 2026                    s/ Robert J. White
                                       Robert J. White
                                       United States District Judge